**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**DERRICK HARRIS**                                                                              **PLAINTIFF**

**VS.**                                                                    **CIVIL ACTION NO. 4:06CV49LS**

**STEPHEN R. WALLEY and WAYNE
CO. BOARD OF SUPERVISORS**                                              **DEFENDANTS**

---

## ORDER

  This matter came before the court on the Plaintiff's Motions to Issue Subpoenas.  Process has

only recently been issued in this matter, and there is, as yet, no indication that the Defendants have

been served.   After service has been accomplished, and the Defendants have answered the

Complaint, the court will schedule an Omnibus Hearing.  At that hearing, where the Plaintiff will

be permitted to tell the court about his case, the court will determine what discovery is necessary for

the Plaintiff to pursue his claims.  For that reasons, the Motions will be denied as premature at this

time.  This denial does not prevent the Plaintiff from seeking this relief at the Omnibus Hearing.

  IT IS, THEREFORE, ORDERED that the Plaintiff's Motions to Issue Subpoenas are hereby

**denied**.

  IT IS SO ORDERED, this the 21st day of November, 2006.


              S/James C. Sumner
          UNITED STATES MAGISTRATE JUDGE