# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**DERRICK HARRIS**                                                                              **PLAINTIFF**

**VS.**                                                            **CIVIL ACTION NO. 4:06cv049-LRA**

**STEPHEN R. WALLEY AND THE**
**WAYNE COUNTY BOARD OF SUPERVISORS**                               **DEFENDANTS**

## FINAL JUDGMENT

Upon due consideration of the Motion for Summary Judgment [docket entry number 39] filed by Defendants, the pleadings in this case, and the sworn testimony presented by Plaintiff Derrick Harris at the omnibus hearing in this cause,

IT IS, HEREBY, ORDERED AND ADJUDGED that Defendants' motion is **granted;** the Complaint is dismissed with prejudice; and, Final Judgment in favor of Defendants is hereby entered for the reasons contained in that Memorandum Opinion and Order of this date.

IT IS SO ORDERED, this the 10th day of June, 2009.


                                          S/ Linda R. Anderson
                                    UNITED STATES MAGISTRATE JUDGE